GEORGE H. ROOT, as Administrator of the Estate of JESSE N. WESTCOTT, Deceased, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

*Root* v. *Pennsylvania R. R. Co.*, 147 App. Div. 918, affirmed.
(Argued May 1, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 28, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Merwin W. Lay* for appellant.

*H. J. Adams* and *Frank Rumsey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.   Absent: WERNER, J.